FILED by CF D.C.
ELECTRONIC
JUL 10, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 09-20588-CR-ALTONAGA/BROWN

42 U.S.C. § 408(a)(7)(B)
18 U.S.C. § 1542
18 U.S.C. § 911
18 U.S.C. § 1028A(a)(1)

UNITED STATES OF AMERICA

vs.

DAILIN PICO RODRIGUEZ,

    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about April 9, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAILIN PICO RODRIGUEZ,**

for the purpose of obtaining a driver's license issued by the State of Florida and with intent to deceive, did knowingly and falsely represent a number, that is XXX-XX-6324, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her, in violation of Title 42, United States Code, Section 408(a)(7)(B).

## COUNT 2

On or about April 9, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAILIN PICO RODRIGUEZ,**

during and in relation to a felony violation of Title 42, United States Code, Section 408(a)(7)(B), that is, knowingly and falsely representing a number, that is XXX-XX-6324, to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her as set forth in Count 1, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, social security account number XXX-XX-6324, belonging to "C.D.R.," in violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 3

On or about June 4, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAILIN PICO RODRIGUEZ,**

did knowingly and willfully make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for her own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in said application that her name was "C.D.R.," when in truth and in fact, and as the defendant then and there well knew, her name was not "C.D.R.," in violation of Title 18, United States Code, Section 1542.

## COUNT 4

On or about June 4, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAILIN PICO RODRIGUEZ,**

an alien, did falsely and willfully represent herself to be a citizen of the United States, in that she presented a fraudulent birth certificate in the name of "C.D.R." as proof of her identity and citizenship, in an attempt to induce and secure the issuance of a United States Passport, in violation of Title 18, United States Code, Section 911.

## COUNT 5

On or about June 4, 2009, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAILIN PICO RODRIGUEZ,**

during and in relation to a felony violation of Title 18, United States Code, Section 1542, that is, knowingly and willfully making a false statement in an application for a passport as set forth in Count 3, did knowingly possess and use, without lawful authority, the means of identification of another person, that is, social security account number XXX-XX-6324 belonging to "C.D.R.," in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

_____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DAILIN PICO RODRIGUEZ,

Defendant.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB    ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)  _No_
   List language and/or dialect  _____

4. This case will take  _2-3_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      _X_          Petty    ___
   II   6 to 10 days     ___          Minor    ___
   III  11 to 20 days    ___          Misdem.  ___
   IV   21 to 60 days    ___          Felony   _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  _June 25, 2009_
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ___ Yes  _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  ___ Yes  _X_ No

                                    _____
                                    BRANDY BRENTARI GALLER
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Court ID No. A5501296

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DAILIN PICO RODRIGUEZ

**Case No:** _____

Count #: 1

Social Security Fraud

Title 42, United States Code, Section 408(a)(7)(B)

* **Max.Penalty:** Five Years' Imprisonment

Count #: 2

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

* **Max.Penalty:** Two years' imprisonment consecutive to any other sentence

Count #: 3

False Statement in Application of Passport

Title 18, United States Code, Section 1542

* **Max.Penalty:** Ten Years' Imprisonment

Count #: 4

False Claim of United States Citizenship

Title 18, United States Code, Section 911

* **Max.Penalty:** Three Years' Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: DAILIN PICO RODRIGUEZ

Case No: _____

Count #: 5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

* **Max.Penalty:** Two years' imprisonment consecutive to any other sentence

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.